B088

FILED
AUG 13 2020
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | Criminal No. 20-197 |
|---|---|---|
| v. | ) | **[UNDER SEAL]** |
| DENNIS RENFRO | ) | (18 U.S.C. § 922(a)(6)) |

### INDICTMENT

### COUNT ONE

The grand jury charges:

On or about January 2, 2019, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Jimenez Arms, model JA380, bearing serial number 419889, from Greater Pittsburgh Quick Cash, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO

The grand jury further charges:

On or about March 2, 2019, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Jimenez Arms, model JA380, bearing serial number 437691, from Greater Pittsburgh Quick Cash, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT THREE

The grand jury further charges:

On or about July 16, 2019, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Walther, model PPX, bearing serial number FAU2201, from Legion Arms, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## **COUNT FOUR**

The grand jury further charges:

On or about September 3, 2019, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Walther, model PPS, bearing serial number AJ7935, from Legion Arms, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT FIVE

The grand jury further charges:

On or about December 26, 2019, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Taurus, model PT111 G2, bearing serial number TIP00418, from Greater Pittsburgh Quick Cash, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT SIX

The grand jury further charges:

On or about February 13, 2020, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Taurus, model G2C, bearing serial number SMD65606, from Greater Pittsburgh Quick Cash, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## **COUNT SEVEN**

The grand jury further charges:

On or about April 2, 2020, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Taurus, model G2C, bearing serial number ABA200318, from Greater Pittsburgh Quick Cash, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## **COUNT EIGHT**

The grand jury further charges:

On or about April 9, 2020, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Glock, model 22, bearing serial number XNX625, from Legion Arms, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT NINE

The grand jury further charges:

On or about April 29, 2020, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Canik, model TP9DA, bearing serial number 20BJ00691, from Legion Arms, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## **COUNT TEN**

The grand jury further charges:

On or about May 4, 2020, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Springfield Armory, model XD Mod2, bearing serial number GM776857, from Legion Arms, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## **COUNT ELEVEN**

The grand jury further charges:

On or about May 6, 2020, in the Western District of Pennsylvania, the defendant, DENNIS RENFRO, in connection with the acquisition of a firearm from a licensed dealer, did knowingly make a false statement, intending to deceive said licensed firearms dealer with respect to such firearm, to wit: the defendant, DENNIS RENFRO, in connection with the acquisition of a Smith & Wesson, model Shield 9, bearing serial number JEH9683, from Legion Arms, a federally licensed firearms dealer, stated on ATF Form 4473 that he was purchasing said firearm for himself, when in truth and fact, and as the defendant, DENNIS RENFRO, well knew and believed, he was purchasing said firearm at the direction of another person, whose identity is known to the grand jury, intending to deliver it to said person's possession and control.

In violation of Title 18, United States Code, Section 922(a)(6).

## FORFEITURE ALLEGATION

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Counts One through Eleven of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(a)(6), charged in Counts One through Eleven of the Indictment, the firearms alleged in those Counts, that is, the

    a. Jimenez Arms, model JA380, bearing serial number 419889,

    b. Jimenez Arms, model JA380, bearing serial number 437691,

    c. Walther, model PPX, bearing serial number FAU2201,

    d. Walther, model PPS, bearing serial number AJ7935,

    e. Taurus, model PT111 G2, bearing serial number TIP00418,

    f. Taurus, model G2C, bearing serial number SMD65606,

    g. Taurus, model G2C, bearing serial number ABA200318,

    h. Glock, model 22, bearing serial number XNX625,

    i. Canik, model TP9DA, bearing serial number 20BJ00691,

    j. Springfield Armory, model XD Mod2, bearing serial number GM776857, and

    k. Smith & Wesson, model Shield 9, bearing serial number JEH9683,

which were involved and used in the knowing commission of those offenses, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

                                                        A True Bill,

                                                        */s/ Foreperson*
                                                        Foreperson

*/s/ Scott W. Brady*
SCOTT W. BRADY
United States Attorney
PA ID No. 88352