COMMONWEALTH OF PENNSYLVANIA
COUNTY OF: ALLEGHENY

MDJ: Hon. PATRICK CAMPBELL

Magisterial District Number: 05-2-15

Address: 510 EAST EIGHTH AVENUE
MUNHALL, PA 15120

Phone: 412.461.5977



# POLICE CRIMINAL COMPLAINT
## COMMONWEALTH OF PENNSYLVANIA
## VS.

DEFENDANT:  *(NAME and ADDRESS):*

DENNIS          JORDAN          RENFRO
*First Name*     *Middle Name*    *Last Name*        *Gen.*

631 W. 8TH AVENUE WEST HOMESTEAD, PA 15120

| NCIC Extradition Code Type |
|---|

Distance: _____

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number | Date Filed | OTN/LiveScan Number G 911569-1 | Complaint/Incident Number ASAP-682401/WHMP22000976 | Request Lab Services? ☐ Yes |
|---|---|---|---|---|
| GENDER MALE | DOB | POB | Add'l DOB | Co-Defendant(s) ☐ |
| RACE BLACK | First Name | Middle Name | Last Name | Gen. |
| ETHNICITY | AKA | | | |

| HAIR COLOR BLK (BLACK) | | EYE COLOR BRO (BROWN) | |
|---|---|---|---|

| | | | WEIGHT (lbs.) |
|---|---|---|---|
| DNA | | DNA Location | 140 |
| FBI Number | | MNU Number | *Ft.* HEIGHT *In.* |
| Defendant Fingerprinted | | | 5 / 07 |
| Fingerprint Classification | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat | Registration Sticker (MM/YY) | Comm'l Veh. Ind. | School Veh. | Oth. NCIC Veh. Code | Reg. Same as Def. |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth ☐ Approved ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

_____          _____          _____
name of the attorney for the Commonwealth)    (Signature of the attorney for the Commonwealth)    (Date)

I, JAMES FERSON                          30053
   (Name of the Affiant)                 (PSP/MPOETC -Assigned Affiant ID Number & Badge #)

of WEST HOMESTEAD BOROUGH                PA0024600
   (Identify Department or Agency Represented and Political Subdivision)    (Police Agency ORI Number)

do hereby state: (check appropriate box)

1. **x** I accuse the above named defendant who lives at the address set forth above
      I accuse the defendant whose name is unknown to me but who is described as _____

   I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have,
   therefore, designated as John Doe or Jane Doe

   with violating the penal laws of the Commonwealth of Pennsylvania at    472          EST HOMESTEAD BOR
                                                                    (Subdivision Code)    (Place-Political Subdivision)

   In Allegheny County     02          on or about   06/19/2022   11:42
                     (County Code)

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number<br>G 911569-1 | | Complaint/Incident Number<br>ASAP-682401/WHMP22000976 |
|---|---|---|---|---|
| Defendant Name | First:<br>DENNIS | Middle:<br>JORDAN | | Last:<br>RENFRO |

The acts committed by the accused are described below with each Act of Assembly or statute allegedly violated, if appropriate.  When there is more than one offense, each offense should be numbered chronologically.

(Set forth a **brief** summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) allegedly violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s)  or ordinance(s) allegedly violated.  In addition, social security numbers and financial information (e.g. PINS) should not be listed.  If the identity of an account  must be established, list only the last four digits. 204 PA.Code §§213.1 – 213.7.)

| Inchoate Offense | ☐ Attempt<br>18 901 A | | ☐ Solicitation<br>18 902 A | | ☐ Conspiracy<br>18 903 | | | |
|---|---|---|---|---|---|---|---|---|

| X | 1 | 2701 | A3 | of the | 18 | 1 | M2 | | |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data<br>(if applicable) | Accident Number | | | ☐ Safety Zone | | ☐ Work Zone |
|---|---|---|---|---|---|---|

Statute Description/Acts of the accused associated with this Offense:

18 2701A3 SIMPLE ASSAULT M2    1 COUNT
   The actor attempted by physical menace to put ▓▓▓▓▓▓▓ in fear of imminent serious bodily injury, in violation of 18 Pa. C.S. §2701(a)(3).

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number<br>G 911569-1 | Complaint/Incident Number<br>ASAP-682401/WHMP22000976 |
|---|---|---|---|
| **Defendant Name** | First:<br>DENNIS | Middle:<br>JORDAN | Last:<br>RENFRO |

2. I ask that a warrant of arrest or a summons be issued and that the defendant be required to answer the charges I have made.

3. I verify that the facts set forth in this complaint are true and correct to the best of my knowledge or information and belief. This verification is made subject to the penalties of Section 4904 of the Crimes Code (18 PA.C.S.§4904) relating to unsworn falsification to authorities.

4. This complaint is comprised of the preceding page(s) numbered        through

5. I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

The acts committed by the accused, as listed and hereafter, were against the peace and dignity of the Commonwealth of Pennsylvania and were contrary to the Act(s) of the Assembly, or in violation of the statutes cited.
**(Before a warrant of arrest can be issued, an affidavit of probable cause must be completed, sworn to before the issuing authority, and attached.)**

, _____        07/11/2022 _____        /JAMES FERSON/ _____
            (Date)                                                (Signature of Affiant)

AND NOW, on this date _____        I certify that the complaint has been properly completed and verified.

An affidavit of probable cause must be completed before a warrant can be issued.

_____        _____
(Magisterial District Court Number)        (Issuing Authority)

SEAL

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| | | G 911569-1 | ASAP-682401/WHMP22000976 |
| **Defendant Name** | First: DENNIS | Middle: JORDAN | Last: RENFRO |

## AFFIDAVIT of PROBABLE CAUSE

1. **WHEN:**

   a) Date when Affiant received information:

   6/19/2022

   b) Date when the source of information (Police Officers, Informant, Victim, Co-Defendant, Defendant, etc.) received information:

   6/19/2022

2. **HOW:**

   a) How Affiant knows this particular person commited crime: (personal observation, defendant's admissions, etc.):

   victim statement

   b) How the source of information knows this particular person committed the crime:


   c) How both Affiant and/or source of information knows that a particular crime has been commited:


3. **WHAT CRIMES:**

   18 2701 A3 SIMPLE ASSAULT

4. **WHERE CRIME(S) COMMITTED:**

   631 W. 8TH AVENUE WEST HOMESTEAD, PA 15120

5. **WHY AFFIANT BELIEVES THE SOURCE OF INFORMATION:**

   X  Source is presumed reliable, i.e. other Police Officer, Eyewitness, Victim of Crime, etc.

   Source has given information in the past which has led to arrest and/or conviction

   Defendant's reputation for criminal activity

   This source made declaration against his/her penal interest to the above offense

   Affiant and/or other Police Officers corroborated details of the information

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | | Complaint/Incident Number |
|---|---|---|---|---|
| | | G 911569-1 | | ASAP-682401/WHMP22000976 |
| **Defendant Name** | First:<br>DENNIS | Middle:<br>JORDAN | | Last:<br>RENFRO |

On 6/19/2022 at approximately 1142 Hours I Sergeant Ferson while on patrol in the Borough of West Homestead was flagged down in the 500 block of W. 8th Avenue by ▓▓▓▓▓ who stated a black male just pointed a gun at him in front of 631 W. 8th avenue.

Mr. ▓▓▓▓▓ stated he was traveling eastbound in the 600 block of W. 8th avenue, when he saw a black male pointing a gun at a black female. He stated he stopped his vehicle and told the male to drop the gun. At that point the male turned the gun towards Mr. ▓▓▓▓▓ and a verbal argument ensued.

Mr. ▓▓▓▓▓ stated he was on his way to the Police Station to report what had just occurred when he saw me on patrol and flagged me down. Mr. ▓▓▓▓▓ thought the address was 631 W. 8th but described the house as a red brick with a green front porch.

I proceeded to the area and noticed that 631 W. 8th Avenue did have a green porch. As I approached the address I noticed a older black female on the neighboring porch. I asked her if she witnessed an incident with a black male pointing a gun at a white male driving by. She stated that was her upstairs neighbor identified as Dennis Renfro. She stated it was a BB gun. She stated he was shooting across the street into the woods. She did confirm an argument between the two males.

I ascertained a phone number for Dennis Renfro. He had already left the scene prior to my arrival. Once contact was made he stated he didn't point the gun at a the female. he stated that was his girlfriend and he was shooting it into the woods. When asked if he pointed it at Mr. ▓▓▓▓▓ he stated no he was shooting it across the street into the woods. He did confirm that a verbal argument did ensue. I told Mr. Renfro I would need to see the gun to confirm that it is a BB Gun. He stated he was at work but his door was open and I could go in and check. I advised him I wasn't comfortable entering his home when he wasn't there. He stated he will call his neighbor and have her open his door and the gun is right inside the door.

I arrived back on scene and was met by the same female I spoke to earlier. She was on the phone with Mr. Renfro when I arrived. She opened his door and on the floor to the right of the door was the gun in question. I picked it up and noticed it was a BB Gun. I looked very similar to the Glock 17 that I carry on duty. The BB Gun even had a tactical light mounted under the barrel. I photographed the BB Gun and placed it back inside the doorway.

I contacted Mr. Renfro and advised him that a charge of Simple assault would be filed against him. I advised him of the severity of pointing and or shooting that BB Gun in public. The fact that it resembles a real gun could cause public panic and possibly result in him being injured if someone mistook him for being a threat.

At this time I respectfully request a summons be issued for the above listed charge.

**POLICE CRIMINAL COMPLAINT**

| Docket Number: | Date Filed: | OTN/LiveScan Number<br>G 911569-1 | | Complaint/Incident Number<br>ASAP-682401/WHMP22000976 |
|---|---|---|---|---|
| **Defendant Name** | First:<br>DENNIS | Middle:<br>JORDAN | Last:<br>RENFRO | |

I,      JAMES FERSON     , **BEING DULY SWORN ACCORDING TO THE LAW, DEPOSE AND SAY THAT THE FACTS SET FORTH IN THE FOREGOING AFFIDAVIT ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

**I CERTIFY THAT THIS FILING COMPLIES WITH THE PROVISIONS OF THE CASE RECORDS PUBLIC ACCESS POLICY OF THE UNIFIED JUDICIAL SYSTEM OF PENNSYLVANIA THAT REQUIRE FILING CONFIDENTIAL INFORMATION AND DOCUMENTS DIFFERENTLY THAN NON-CONFIDENTIAL INFORMATION AND DOCUMENTS.**

/JAMES FERSON/

(Signature of Affiant)

Sworn to me and subscribed before me this _____ day of _____, _____ .

_____ Date      _____, Magisterial District Judge

My commission expires  first Monday of January,

SEAL

*CONFIDENTIAL*                                                    **Confidential Information Form**

| Docket Number: | Date Filed: | OTN/LiveScan Number *(LiveScan number preferred)*<br>G 911569-1 | Complaint/Incident Number<br>ASAP-682401/WHMP22000976 |
|---|---|---|---|
| **Defendant Name** | First:<br>DENNIS | Middle:<br>JORDAN | Last:<br>RENFRO |

| NCIC Cautions and Medical Conditions *(check up to 9)* | | | | |
|---|---|---|---|---|
| ☐ 00 | ☐ 20 | ☐ 50 | ☐ 70 | ☐ 01 |
| ☐ 05 | ☐ 25 | ☐ 55 | ☐ 80 | |
| ☐ 10 | ☐ 30 | ☐ 60 | ☐ 85 | |
| ☐ 15 | ☐ 40 | ☐ 65 | ☐ 90 | |

| Scars, Marks, Tattoos<br>(NCIC Codes) | |
|---|---|
| | |

Pursuant to the *Case Records of Public Access Policy of the Unified Judicial System of Pennsylvania*, the Confidential Information form shall accompany a filing where confidential information is required by law, ordered by the court, or otherwise necessary to effect the disposition of a matter.  This form, and any additional pages, shall remain confidential, except that it shall be available to the parties, counsel of record, the court, and the custodian.  This form, and any additional pages, must be served on all unrepresented parties and counsel of record.

| This Information Pertains To | Confidential Information | Reference in Filing |
|---|---|---|
| DENNIS JORDAN RENFRO<br><br>_____<br>(full name of adult)<br>**OR**<br>This information pertains to a minor with the initials of _____ and the full name of<br><br>_____<br>(full name of minor)<br><br>and date of birth: _____ | Social Security Number (SSN):<br>▓▓▓▓▓▓▓<br>Financial Account Number (FAN):<br><br>Driver's License Number (DLN)<br>▓▓▓▓<br>State of Issuance: (DLN)<br>▓<br>Expires (DLN)<br>▓▓▓▓<br>State Identification Number (SID) | Alternate Reference:<br><br>Alternate Reference:<br><br>Alternate Reference:<br><br>Alternate Reference: |

Additional page(s) attached. _____ total pages are attached to this filing.

I certify that this filing complies with the provisions of the *Case Record Public Access Policy of the Unified Judicial System of Pennsylvania* that require filing confidential information and documents differently than non-confidential information and documents.

/JAMES FERSON/ _____          07/11/2022 _____
Signature of Attorney or Affiant                              Date

Name: _____          Attorney Number (if applicable) _____

Address: _____          Telephone _____

_____          Email _____

**AOPC 412A - Rev. 05/10**                                                    **Page 1 of 1**